UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In re.   Chad E. Northeimer,                            :        No. 25-10504-PMM
                                                       :
         Debtor.                                       :        Chapter 13

ORDER ON MOTION FOR EXTENSION OF TIME

AND NOW, this 21st day of February, 2025, it is hereby ORDERED
that Debtor shall have until March 7, 2025 to file the balance of the Petition and related documents in
the above-captioned matter.

_____
Patricia M. Mayer
United States Bankruptcy Judge