UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:   Chad Eric Northeimer,                :        Chapter 13
                                              :
              Debtor.                         :        No. 25-10504-pmm

ORDER ON DEBTOR'S APPLICATION
TO VOLUNTARILY DISMISS CHAPTER 13 PROCEEDING
PURSUANT TO SECTION 1307(b) OF THE UNITED STATES BANKRUPTCY CODE

AND NOW, this __25th__ day of __March__, 2025, upon consideration of Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, and it appearing that Section 1307(b) of the Bankruptcy Code permits Debtor to have this proceeding voluntarily dismissed,

IT IS HEREBY ORDERED that the above-captioned Chapter 13 proceeding is DISMISSED without prejudice.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge