United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-10504-pmm
Chad Eric Northeimer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Mar 25, 2025     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad Eric Northeimer, 328 Penn AvenueUnit 6, Reading, PA 19611-1145 |
| 14977701 | + | Wells Fargo Bank, National Association,as trustee, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 26 2025 00:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 26 2025 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2025 00:43:02 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976178 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 26 2025 00:42:53 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14977579 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2025 00:43:01 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977841 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2025 00:43:01 | BMW Financial Services NA, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976176 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 26 2025 00:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14976177 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 26 2025 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14976180 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 00:42:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14976179 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2025 00:42:57 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14976181 | | Email/Text: BNSFN@capitalsvcs.com | Mar 26 2025 00:31:00 | First National Bank/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14976182 | | Email/Text: BNSFN@capitalsvcs.com | Mar 26 2025 00:31:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14979036 | + | Email/Text: bankruptcy@bbandt.com | Mar 26 2025 00:31:00 | LightStream, a division of Truist Bank, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14976184 | | Email/Text: ml-ebn@missionlane.com | | |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 14976183 | Email/Text: ml-ebn@missionlane.com | Mar 26 2025 00:31:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 14976185 | Email/Text: bankruptcy@moneylion.com | Mar 26 2025 00:31:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 14976186 | Email/Text: bankruptcy@moneylion.com | Mar 26 2025 00:32:00 | Moneylion, Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 14976188 | Email/PDF: cbp@omf.com | Mar 26 2025 00:32:00 | Moneylion, Inc, Attn: Bankruptcy Dept, PO Box 1547, Sandy, UT 84091-1547 |
| 14976187 | Email/PDF: cbp@omf.com | Mar 26 2025 00:42:57 | Onemain Financial, Attn: Bankruptcy, PO Box 142, Evansville, IN 47701-0142 |
| 14976189 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 26 2025 00:42:56 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14976190 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 26 2025 00:32:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14976191 | Email/Text: bankruptcy@bbandt.com | Mar 26 2025 00:32:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14977572 | ^ MEBN | Mar 26 2025 00:31:00 | Truist, PO Box 849, Wilson, NC 27894-0849 |
| | | Mar 26 2025 00:28:25 | Wells Fargo Bank, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

**Name** | **Email Address**

DAVID W. TIDD
   on behalf of Debtor Chad Eric Northeimer bankruptcy@davidtiddlaw.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Mar 25, 2025 | Form ID: pdf900 | Total Noticed: 25

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| In re:   Chad Eric Northeimer, | : | Chapter 13 |
| | : | |
| Debtor. | : | No. 25-10504-pmm |

ORDER ON DEBTOR'S APPLICATION
TO VOLUNTARILY DISMISS CHAPTER 13 PROCEEDING
PURSUANT TO SECTION 1307(b) OF THE UNITED STATES BANKRUPTCY CODE

AND NOW, this __25th__ day of __March__, 2025, upon consideration of Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, and it appearing that Section 1307(b) of the Bankruptcy Code permits Debtor to have this proceeding voluntarily dismissed,

IT IS HEREBY ORDERED that the above-captioned Chapter 13 proceeding is DISMISSED without prejudice.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge